Nosal, Appellant, *v.* Nosal.

Argued January 17, 1964. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Arnold Sousa,* with him *Martin H. Philip,* for appellant.

*Frank D. Llewellyn,* with him *George I. Puhak,* for appellee.

OPINION PER CURIAM, March 17, 1964:
Order affirmed.